IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KENNE WILLIAMS,                          )
                                         )
           Plaintiff,                    )
                                         )
      v.                                 )          CV 114-201
                                         )
WARDEN STAN SHEPARD, et al.,             )
                                         )
           Defendants.                   )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's

Report and Recommendation, to which no objections have been filed. Accordingly, the Court

**ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES**

this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this *13th* day of January, 2015, at Augusta, Georgia.


_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA